# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **ANTHONY FIELD** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 16-1149 |
| | ) |
| **JAMES CARUSO, DR. ANDREW TILDEN, MEGAN FOLEY, AMY MOORHOUSE, MAJOR S. PRENTICE, ASST WARDEN SHULL, WEXFORD INC, PONTIAC CORRECTIONAL CENTER** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants Major S. Prentice, Assistant Warden Shull, Wexford Inc, and Pontiac Correctional Center were dismissed pursuant to the Court's Merit Review.

**IT IS FURTHER ORDERED AND ADJUDGED** that the remaining Defendants' Motions for Summary Judgment were granted pursuant to Federal Rule of Civil Procedure 56.

**Dated:** 5/6/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:  s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge